v. American Can Company, D.C., 31 F. Supp. 91; Metropolitan Button Works, Inc. v. Jaffe, et al., D.C., 19 F.Supp. 860; Rosenberg et al. v. Groov-Pin Corporation, 2 Cir., 81 F.2d 46, 47, 48. In addition to the foregoing I believe that the plaintiff has been guilty of laches which should defeat an application of this character.

## STANDARD CORRUGATED CASE CORPORATION v. SERVBEST CO., Inc., et al.

District Court, S. D. New York.
March 3, 1941.

Markowitz & Markowitz, of New York City, for plaintiff.

Thomas J. Byrne, of New York City, for defendant National Electrotype Co.

MANDELBAUM, District Judge.

Plaintiff moves for a temporary injunction on two unadjudicated patents. The court, after examining the affidavits, exhibits, and the authorities submitted by both sides, is constrained to deny the motion. It is the generally accepted rule that courts will refuse a preliminary injunction in the absence of prior adjudication or public acquiescence when there is any fair question as to invention, anticipation, construction, infringement or title. I believe that such fair questions have been presented by the defendant. United States Can Corporation